## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Ramon E. Reyes, Jr.**   DATE : 3/24/10

DOCKET NUMBER: **10CR107(ILG)**   LOG #: 5:12 - 5:18

DEFENDANT'S NAME : **Mustafa Hasan**
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL : **Norman Trabulus**
___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A: **Jason Jones**   DEPUTY CLERK : **F. Chin**

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

**X** Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

**X** Attorney Appointment of ___ FEDERAL DEFENDER   **X** CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 3/29/10 @ 10 AM before Judge Glasser

OTHERS : _____