

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAJ:CHB
F.#2009R01262

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 28, 2010

**By Fedex**
Norman Trabulus
Law Office of Norman Trabulus
345 Seventh Avenue
21st Floor
New York, New York 10001

       Re:   United States v. Mustafa Hasan
            Criminal Docket No. 10-107 (ILG)

Dear Mr. Trabulus:

     Enclosed please find additional discovery in the above-referenced case.  Enclosed are: (1) a disc containing the court filings related to the interception of wire communications over the co-defendant's telephone; (2) discs containing the actual audio recordings of the interception of wire communications over the co-defendant's telephone; and (3) a disc containing draft synopses and transcriptions of some of these calls.  Enclosed is also an executed copy of the stipulation between the parties related to those synopses and transcriptions.  Please note the government is also attempting to make these recordings available to the defendant at the Metropolitan Detention Center.

     If you have any questions or further requests, please do not hesitate to contact me.

                           Very truly yours,

                            BENTON J. CAMPBELL
                            United States Attorney

                By:   _____/s/_____
                            Jason A. Jones
                            Carter Burwell
                            Assistant U.S. Attorneys
                            (718) 254-7553/6313

Enclosures

cc: Clerk of Court (via ECF w/o enclosures)